# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEMAR MATTHEWS, | |
| Petitioner, | Case No. 2:14-cv-00293-APG-CWH |
| vs. | **ORDER** |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing a habeas corpus action, petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

Due to the lack of an *in forma pauperis* application or filing fee, the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, plaintiff at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

1    **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the
2 filing of **a new petition in a new action**.
3    **IT FURTHER IS ORDERED** that the Clerk of the Court **SHALL SEND** petitioner two
4 copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the
5 same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for
6 the same.
7    **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he
8 may not file further documents in this action.
9    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.
10   **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.** Reasonable
11 jurists would not find the dismissal of the improperly-commenced action without prejudice to be
12 debatable or wrong.

Dated this 3rd day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE